## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

MATTHEW SUFFOLETTO, RAYMOND
DAVID, STEVEN TAUB, and STEPHEN
SHULMAN, individually and on behalf of
all persons similarly situated,

    Plaintiffs,

v.                                                                              CASE NO. 2:10-CV-241-FtM-99DNF

AUBREY J. FERRAO,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CAUSE having come before the Court upon the Stipulation for Entry of Order of Dismissal (Dkt. #80) between the parties, and the Court having reviewed the Stipulation and being otherwise advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Stipulation for Entry of Order of Dismissal (Dkt. #80) is hereby granted.

2. This action is hereby dismissed, with prejudice, as to the named Plaintiffs only, with each party to bear its own attorneys' fees and costs.

3. The Clerk is directed to terminate any pending motions and close this file.

DONE AND ORDERED this 17th day of April, 2013, at Tampa, Florida.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished:
Counsel/Parties of Record                              S:\FT MYERS cases\10-cv-241 dismissal.doc